United States District Court
Southern District of Texas
ENTERED
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA, "Plaintiff," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00278 |
| AT&T INC., *et al.*, "Defendants." | § | |
| | § | |
| | § | |

**ORDER**

Before the Court are Plaintiff's "Petition to Perpetuate Testimony and Preserve Evidence" (Dkt. No. 1) ("Petition") and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 29) ("R&R"). The R&R recommends this Court (1) dismiss without prejudice the Petition (Dkt. No. 1) and (2) direct the Clerk of Court to close the case. Dkt. No. 29 at 1.

The R&R was published September 10, 2026. Dkt. No. 29. Service on Plaintiff was docketed September 14, 2026, and objections to the R&R were due September 28, 2026. No objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus*., 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS** the R&R (Dkt. No. 29). The Petition (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Further, Plaintiff's pending motions (Dkt. Nos. 9, 11, 12, 19, 22, and 25) are all **DENIED as moot**. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this September 29, 2026

Rolando Olvera
United States District Judge